UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>**MARK T. ESPER** *et al.*,<br><br>       Defendants. | Case No. 20-cv- 01230 (TNM) |

## ORDER

Upon consideration of the parties' joint motion to stay briefing and establish procedures to litigate the fiscal year 2020 border barrier projects, the Court hereby **ORDERS**:

1.   This case is **STAYED** pending further order of the Court. The stay includes Defendants' obligation to respond to Plaintiffs' Complaint. Additionally, all discovery and initial case management obligations are stayed, including, without limitation, the attorney conference required pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f); the issuance of a scheduling order pursuant to Rule 16(b); initial disclosure obligations pursuant to Rule 26(a)(1); and all other written, documentary, and oral discovery.

2.   Within ten days of the Court's decision on the cross-motions for summary judgment in *Center for Biological Diversity et al., v. Trump, et al.*, No. 1:19-cv-00408 (TNM), the parties shall submit a joint status report proposing a briefing schedule and approach for further proceedings in this case with respect to Plaintiffs' challenge to the fiscal year 2020 border barrier projects.

3.   With respect to Plaintiffs' challenge to the waiver determinations issued by the Acting Secretary of Homeland Security on March 16, 2020, the parties shall file a joint status

report within 10 days following the Supreme Court's decision on the petition for certiorari in

*Center for Biological Diversity, et al., v. Wolf, et al*., Case No. 19-975 (S. Ct.).

**SO ORDERED**.

Dated: May 14, 2020

TREVOR N. McFADDEN
United States District Judge